UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA:CIVIL

KELVIN WELLS

VS

DONALD J. TRUMP

Case: 1:25-cv-02570
Assigned To : Friedrich, Dabney L.
Assign. Date : 8/5/2025
Description: Pro Se Gen. Civ. (F-DECK)

AMENDED PETITION
FOR DAMAGES
w/attachments

NOW COMES Kelvin Wells who moves this Court to wit;

1.
Made Defendent in his Individual and Official capacities is Donald J.Trump upon information and belief to reside at 1600 Pennsylvania Ave.NW Washington,D.C. 20500.

2.
Defendant in Official and individual capacities intentional discrimination against Black or African American Soldiers, Veterans,and their Families,Perry v.Woodard, with respect to employment,appointments,terms,conditions violates 42 USC as he conducts adverse actions to this protected class with his executive orders which violate Due Process and Equal Protection clauses of the United States Constitution and its Amendments.

3.
Donald J. Trump has a history of attacking innocent African Americans9(calling for the hanging of five Black Youth in New York City and still makes defammatory stat⌐ments about the Five even though they have been proven innocent0.His attacks on diversity and Inclusion in all Federal Agencies while firing Qualified Black Generals in the Armed Forces while appointing unqualified personnel as Sec.Hegspeth who has leaked classified information to the public.

RECEIVED AUG 05 2025 Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

4.

Donald J.Trump has stated eat dogs and have no business in America and is expelling them at the same time as giving assylum and citizenship to caucasian aparthied members from South Africa making false statements that these white or caucasians were under attack ,being killed,and facing discrimination in South Africa after they had stolen the land of Black South Africans creating a holocaust which lasted over a hundred years.

5.

Donald J.Trump and his administrations actions of retaliation to African Americans is believed to be from his conviction of 34 felonies which happened to be led by two African Attorney Generals which happened to be heads of their departments

6.

His cruel and unusal behavior of calling Veterans and Soldiers, "losers and suckers'because of Our service directly affects me and all African American Veterans and Soldiers and our families creating a hostile atmosphere for us here in America in education,The Military,and all aspects of this society causing the denial of fedral rights.As a Vetran,My Veterans benefits are delayed or denied,My Social Security has been delayed and denied with the Attorney General purposely omiited transcripts, medical records,and other pertinent materials.In education, my daughetr cant get in grad school at LSU because of Trumps attacks on diversity and inclusion and the Honor Grduate cant be recognized because she is a Black Female

Plaintiff shows and contends that he and thousands of other Black Veterans and their Familes suffer because of Donald J.Trumps actions when it is known that he dodged service in the US Armed Forces claiming bone spurs and recieving numerous deferments while he at age 77 plays Golf regularly as he has done for more than 50 years.

Plaintiff Further shows and contends that he has past, present, and future sufferings because of Donald Trumps actions,;pain,mental anguish,emotional distress,loss of enjoyment of life and other losses to be shown through discovery or at trial on the merits..Plaintiff Prays that after due proceedings are had,there be judgement in his favor, 1,000,000,000.00 against the Defendant and he be cast with all cost of these proceedings.

*Kelvin Wells*

Kelvin Wells
P O.Box 352
St.Gabriel.La.70776
225-439-2646

(CERTIFICATE OF SERVICE)

I affirm that a copy of the forgoing has been deposited to Donald J.Trump at 1600 Pennsylvania Ave.Washington DC 20500 and The US Attorney at 777 Florida St.Ste.208 Baton Rouge,La. 70801.

*Kelvin Wells*

Kelvin Wells

2025 July 28